[No. 27705-7-I. Division One. December 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS WAYNE RODGERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05342-0, Carmen Otero, J., entered Janu-

ary 8, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Pekelis, A.C.J., and Scholfield, J.